UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DAVID BREWER, RYAN COMBS, VICTOR PEREZ, HAROLD BROWER, KYLE MANNION, GERALD O'HARA, NICHOLAS LEONARDI, DEAN KRINER, and JAMES WILLIAMS, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>      Defendant. | No. |

**INDEX OF EXHIBITS TO CLASS ACTION COMPLAINT**

| Exhibit | Description |
|---|---|
| 1 | 2/23/15 EPA Letter re Determination and Use of Vehicle Road-Load Force and Dynamometer Settings |
| 2 | NY Times - Ford Is Investigating Emissions and Fuel Efficiency Data, dated Feb. 21, 2019 |
| 3 | News Wheel - 2019 Ford Ranger Most Fuel-Efficient in its Class |
| 4 | Ford Media - Ford Ranger Rated Most Fuel Efficient Gas Powered Midsize Pickup |
| 5 | Tfltruck.com - Real-world 2019 Ford Ranger Fuel Economy: Here Is the Unexpected Result after a 1,000 Mile Road Trip<br>[Filed in the traditional manner – mp4 video] |
| 6 | Tfltruck.com - EPA Says the New Ford Ranger Gets 24 MPG on the Highway, But What Does It Really Get at 70 MPH<br>[Filed in the traditional manner - mp4 video] |
| 7 | Not Used |
| 8 | AdAge - Ford Takes Targeted Marketing Approach for Ford Ranger Comeback |
| 9 | Car & Driver - 2019 Ford Ranger MPG – Most Efficient Pickup in Its Class |
| 10 | Ford 2019 1Q Excerpts |
| 11 | NY Times - Ford Says Justice Dept. Has Opened Criminal Inquiry Into Emissions Issues |
| 12 | Autoweek - Volkswagen emissions defeat device and past offenses by Honda, GM, and Ford |

| Exhibit | Description |
|---------|-------------|
| 13 | Not Used |
| 14 | Tfltruck.com Article - EPA Says the New Ford Ranger Gets 24 MPG on the Highway, But What Does It Really Get at 70 MPH |
| 15 | Google Search and Related Searches for Ford F150 Fuel Economy |
| 16 | CarMax – 8 Best Ranked MPG Trucks of 2019: Ranked, June 27, 2019 |
| 17 | Ford Media – Ford Surpasses One Million Truck Sales in 2018 |
| 18 | 2018 F-150 2.7 V6 Monroney Sticker |
| 19 | 2019 Ford Ranger Brochure |
| 20 | Cnet.com article "2018 Ford F-150 touts best-in-class towing, payload, fuel economy" – Aug. 10, 2017 |
| 21 | 2018 Ford F-150 Brochure |