# Exhibit 2

| LOG IN

ADVERTISEMENT

# *Ford Is Investigating Emissions and Fuel Efficiency Data*



Ford has hired a law firm to look into how it tested vehicles after employees reported possible flaws with its engineering models.  Krisztian Bocsi/Bloomberg

**By Natasha Singer**

Feb. 21, 2019

Ford Motor Company said on Thursday that it was investigating how it tested the emissions and fuel efficiency of its vehicles after employees reported possible flaws with the company's computer models.

The company said it had notified the Environmental Protection Agency about the issue and had hired a law firm, Sidley Austin, to investigate specifications it used in the testing.

Kim Pittel, group vice president for sustainability, environment and safety engineering at Ford, said that the investigation had not indicated, so far, that the company reported incorrect data to consumers or regulators.

"We're early days into the investigation," Ms. Pittel said in a telephone interview. "But there has been no determination that this affected fuel economy labels or emissions certification."

She added that the investigation did not involve hardware or software known as "defeat devices" that are designed to cheat on emissions tests. Volkswagen admitted in 2015 that it had equipped millions of cars with such cheating systems, a scandal that ultimately cost the company more than $32 billion in government fines and legal settlements.

Ms. Pittel said a few employees had raised concerns last September about calculations used in testing cars for fuel economy ratings and emissions certifications. She added that Ford regularly validated its computer modeling by road-testing its vehicles.

In a statement, Ford said it had identified potential problems with its calculations and was evaluating vehicles, starting with the 2019 Ranger, a pickup truck. The company also said it was hiring an independent lab to conduct further testing.

Ford has run into trouble in the past for overstating the fuel efficiency of its vehicles. In 2013 and 2014, it lowered the gas mileage ratings on several hybrid cars by one to seven miles per gallon.

The E.P.A. said in a statement that Ford's "investigation is ongoing and the information too incomplete" for the agency to draw any conclusions. "We take the potential issues seriously and are following up with the company to fully understand the circumstances behind this disclosure," the agency said.

A version of this article appears in print on , on Page B6 of the New York edition with the headline: Ford Opens Investigation on Emissions Data. Order Reprints | Today's Paper | Subscribe

## Related Coverage

Jan. 10, 2019   **Fiat Chrysler's Diesel Effort Produces a Costly Settlement**