# Exhibit 5

FILED IN THE TRADITIONAL MANNER

[MP4 VIDEO]