# Exhibit 6

FILED IN THE TRADITIONAL MANNER

[MP4 VIDEO]