# Exhibit 9



SUBSCRIBE

# The 2019 Ford Ranger Pickup Gets Slightly Better MPG Ratings Than the Honda Ridgeline

Ford's revived Ranger becomes the new mid-size-truck efficiency champion, according to the EPA.

By JOEY CAPPARELLA    DEC 11, 2018



Ford

VIEW PHOTOS

Ford's decision to equip the new 2019 Ranger pickup with a one-choice-only turbocharged four-cylinder engine has paid off in EPA ratings. The new mid-size truck beats out its closest six-cylinder rivals in the government's fuel-economy tests, earning a combined rating of 23 mpg with rear-wheel drive and 22 mpg with four-wheel drive. That's 1 mpg better than the next-best entry in this class, the Honda Ridgeline, which gets 22 mpg combined (21 mpg with all-wheel drive) from its standard V-6 engine.

The Ranger's official fuel-economy estimates apply to both extended-cab and crew-cab models, both of which come with a turbocharged 2.3-liter four-cylinder engine which makes 270 horsepower and 310 lb-ft of torque and is paired with a 10-speed automatic transmission. Rear-wheel drive is standard, four-wheel drive is optional, and the EPA ratings stand at:

- Ranger 4x2: 23/21/26 mpg (combined/city/highway)

- Ranger 4x4: 22/20/24 mpg (combined/city/highway)

Beyond the official EPA numbers, the Ranger will have a tall task beating the Ridgeline's result in our real-world 75-mph fuel-economy test: an all-wheel-drive Ridgeline achieved 28 mpg in our hands, beating its EPA estimate by 3 mpg. Among other rivals, the Toyota Tacoma and the GMC Canyon (mechanical twin of the Chevrolet Colorado) have hit 23 mpg and 24 mpg in *C/D*'s highway fuel-economy test. The Ridgeline is our current 10Best Trucks and SUVs winner in the mid-size pickup category, and our long-term Ridgeline is averaging 21 mpg so far in its 40,000-mile test.

The other wild card in this category is the turbo-diesel 2.8-liter four-cylinder engine, which is offered in both the Chevrolet Colorado and the GMC Canyon. That engine matches or bests the Ranger's EPA fuel-economy ratings, reaching the same 23 mpg combined and hitting up to 30 mpg on the highway, but it offers considerably more torque, at 369 lb-ft compared with the Ford's 310 lb-ft.

We'll have to wait to get our hands on a Ranger to see what numbers it delivers in the real world, but in the meantime you can check out more information on the new mid-size pickup from the Blue Oval that's scheduled to hit dealerships early in 2019.

## Watch Next