# Exhibit 18



KAN-002480   CA

**F-150**

2018 F-150 4X2 SUPERCREW
145" WHEELBASE
2.7L V6 ECOBOOST
ELEC 10-SPEED AUTO W/TOW M/D

EXTERIOR
OXFORD WHITE
INTERIOR
MEDIUM GRAY CLOTH 40/20/40

**STANDARD EQUIPMENT INCLUDED AT NO EXTRA CHARGE**

INTERIOR
• 110V/VC UP/DOWN DW/PASS WIN
• 60/40 FOLD-UP REAR BENCH SEAT
• A/C W/MANUAL CLIMATE CONTROL, SINGLE ZONE
• CRUISE CONTROL
• DOOR LOCKS – POWER
• DUAL VISOR VANITY MIRRORS
• ILLUMINATED ENTRY
• MAP POCKETS– DRIVER & PASS
• OUTSIDE TEMP DISPLAY
• PWR POINT
• TILT/TELESCOPE STR COLUMN

EXTERIOR
• DAYTIME RUNNING LIGHTS
• EASY FUEL CAPLESS FILLER
• FOG LAMPS
• FULLY BOXED STEEL FRAME
• HALOGEN HEADLAMPS
• HEADLAMPS– AUTOLAMP (ON/OFF)
• LOCKING REMOVABLE TAILGATE
• MANUAL FOLD POWER MIRRORS
• PICKUP BOX TIE DOWN HOOKS
• REAR PRIVACY GLASS
• TRAILER SWAY CONTROL

FUNCTIONAL
• 4-WHEEL DISC BRAKES W/ABS
• AUTO START STOP TECH
• CURVE CONTROL
• DYNAMIC HITCH ASSIST
• ELECTRIC-ASSIST PARK BRAKE
• FAIL-SAFE COOLING SYSTEM
• GAS-CHARGED SHOCKS
• HILL START ASSIST
• MYKEY
• OUTBOARD MNTD REAR SHOCKS
• PWR RACK AND PINION STEER
• REAR VIEW CAMERA
• SELECTSHIFT TRANSMISSION

SAFETY/SECURITY
• ADVANCETRAC WITH RSC
• AIRBAGS – FRONT SEAT MOUNTED SIDE-IMPACT
• AIRBAGS – SAFETY CANOPY SIDE CURTAIN
• CTR HIGH MOUNT STOP LAMP
• PERIMETER ALARM
• SECURICODE KEYLESS KEYPAD
• SOS POST CRASH ALERT SYS
• TIRE PRESSURE MONITOR SYS

WARRANTY
• 3YR/36,000 BUMPER / BUMPER
• 5YR/60,000 POWERTRAIN
• 5YR/60,000 ROADSIDE ASSIST

**INCLUDED ON THIS VEHICLE**   (MSRP)

EQUIPMENT GROUP 300A
XLT SERIES

OPTIONAL EQUIPMENT/OTHER
17" SILVER PAINTED ALUMINUM
2.7L V6 ECOBOOST                                        995.00
245/70R-17 BSW ALL-SEASON
3.55 RATIO REGULAR AXLE
8300# GVWR PACKAGE
FRONT LICENSE PLATE BRACKET          NO CHARGE
CALIFORNIA EMISSIONS SYSTEM          NO CHARGE
CLASS IV TRAILER HITCH                          95.00

PRICE INFORMATION                          (MSRP)
BASE PRICE                                        $38,560.00
TOTAL OPTIONS/OTHER                          1,090.00

TOTAL VEHICLE & OPTIONS/OTHER      39,650.00
DESTINATION & DELIVERY                      1,495.00

**TOTAL MSRP**   $41,145.00

FORD CREDIT

Whether you decide to lease or finance your vehicle, you'll find the choices that are right for you. See your dealer for details or visit www.ford.com/finance.

JH392 N  RB 2X  840  002480  08 29 18

RAMP ONE
CB76

RAMP TWO
CONVOY
72-4765 O/T 2

ITEM #:

This label is affixed pursuant to the Federal Automobile Information Disclosure Act. Gasoline, License, and Title Fees, State and Local taxes are not included. Dealer installed options or accessories are not included unless listed above.

06/04/2019

---

**EPA / DOT    Fuel Economy and Environment**

Gasoline Vehicle

Fuel Economy

**22** MPG

Standard Pickup Trucks range from 14 to 22 MPG. The best vehicle rates 136 MPGe.

combined city/hwy

**20** city        **26** highway

**4.5** gallons per 100 miles

**Annual fuel cost**
**$1,650**

**You spend**
**$1,500**
more in fuel costs over 5 years compared to the average new vehicle.

**Fuel Economy & Greenhouse Gas Rating** (tailpipe only)

| 1 | | | 4 | | | | | 10 |

This vehicle emits 401 grams CO₂ per mile. The best emits 0 grams per mile (tailpipe only). Producing and distributing fuel also create emissions; learn more at fueleconomy.gov.

**Smog Rating** (tailpipe only)

| 1 | | | | | | | | 10 |

Actual results will vary for many reasons, including driving conditions and how you drive and maintain your vehicle. The average new vehicle gets 27 MPG and costs $9,750 to fuel over 5 years. Cost estimates are based on 15,000 miles per year at $2.45 per gallon. MPGe is miles per gasoline gallon equivalent. Vehicle emissions are a significant cause of climate change and smog.

**fueleconomy.gov**
Calculate personalized estimates and compare vehicles

**GOVERNMENT 5-STAR SAFETY RATINGS**

Overall Vehicle Score ★★★★★
Based on the combined ratings of frontal, side and rollover.
Should ONLY be compared to other vehicles of similar size and weight.

| Frontal Crash | Driver | ★★★★★ |
| | Passenger | ★★★★★ |

Based on the risk of injury in a frontal impact.
Should ONLY be compared to other vehicles of similar size and weight.

| Side Crash | Front seat | ★★★★★ |
| | Rear seat | ★★★★★ |

Based on the risk of injury in a side impact.

Rollover ★★★★
Based on the risk of rollover in a single-vehicle crash.

Star ratings range from 1 to 5 stars (★★★★★) with 5 being the highest.
Source: National Highway Traffic Safety Administration (NHTSA).
www.safercar.gov or 1-888-327-4236

⚠ WARNING: Operating, servicing and maintaining a passenger vehicle, pickup truck, van, or off-road vehicle can expose you to chemicals including engine exhaust, carbon monoxide, phthalates, and lead, which are known to the State of California to cause cancer and birth defects or other reproductive harm. To minimize exposure, avoid breathing exhaust, do not idle the engine except as necessary, service your vehicle in a well-ventilated area and wear gloves or wash your hands frequently when servicing your vehicle. For more information go to www.P65Warnings.ca.gov/passenger-vehicle.

FORD PROTECT

Insist on Ford Protect. The only extended service plan fully backed by Ford and honored at every Ford dealership in the U.S., Canada and Mexico. See your Ford dealer or visit www.FordOwner.com.

**41 YEARS**

FORD F-SERIES
AMERICA'S BEST SELLING TRUCKS

1FTEW1CP2JKF60823

Smartphone QR Code

1FTEW1CP2JKF60823

22018090776620

1FTEW1CP2
JKF60823
NB
1TEMK1CP2
JKF60823
NB

JK  F60823