UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DAVID BREWER, RYAN COMBS, VICTOR PEREZ, HAROLD BROWER, KYLE MANNION, GERALD O'HARA, NICHOLAS LEONARDI, DEAN KRINER, and JAMES WILLIAMS, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>      Defendant. | No. 2:19-cv-12135-SJM-RSW |

### *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBITS IN THE TRADITIONAL MANNER

NOW COMES the undersigned counsel for Plaintiffs David Brewer, Ryan Combs, Victor Perez, Harold Brower, Kyle Mannion, Gerald O'Hara, Nicholas Leonardi, Dean Kriner, and James Williams pursuant to the Electronic Filing Policies and Procedures, seeks leave of this Court to file exhibits in the traditional manner.

Exhibits 5 and 6 to Plaintiffs' Class Action Complaint cannot be authentically converted to electronic form for the following reasons(s): all of the Exhibits are MP4 video files and cannot be converted to PDF as required in Rule R18(a) of the Electronic Filing Policies and Procedures for the Eastern District of Michigan.

For the foregoing reasons, the undersigned respectfully requests that this Court grant the leave sought in this motion.

Dated: July 22, 2019　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　By: */s/ Steve W. Berman*
　　　　　　　　　　　　　　　　　　　　　Steve W. Berman
　　　　　　　　　　　　　　　　　　　HAGENS BERMAN SOBOL SHAPIRO LLP
　　　　　　　　　　　　　　　　　　　1301 Second Avenue, Suite 2000
　　　　　　　　　　　　　　　　　　　Seattle, WA 98101
　　　　　　　　　　　　　　　　　　　Tel: (206) 623-7292
　　　　　　　　　　　　　　　　　　　Fax: (206) 623-0594
　　　　　　　　　　　　　　　　　　　steve@hbsslaw.com

　　　　　　　　　　　　　　　　　　　Jeffrey S. Goldenberg
　　　　　　　　　　　　　　　　　　　GOLDENBERG SCHNEIDER, L.P.A.
　　　　　　　　　　　　　　　　　　　One West 4th Street, 18th Floor
　　　　　　　　　　　　　　　　　　　Cincinnati, OH 45202
　　　　　　　　　　　　　　　　　　　Telephone: (513) 345-8291
　　　　　　　　　　　　　　　　　　　Facsimile: (513) 345-8294
　　　　　　　　　　　　　　　　　　　jgoldenberg@gs-legal.com

Jason Thompson
SOMMERS SCHWARTZ, P.C.
One Tower Square, Suite 1700
Southfield, MI 48076
Telephone No.: (248) 355-0300
jthompson@sommerspc.com

Robert C. Hilliard
HILLIARD MARTINEZ GONZALES LLP
719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
Telephone No.: (361) 882-1612
Facsimile No.: (361) 882-3015
hmgservice@hmglawfirm.com

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 22, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

A copy of the foregoing Motion and exhibits to be filed in the traditional manner were served by process server with a copy of Plaintiff's Class Action Complaint on Ford Motor Company through its agent for service of process, The Corporation Company, 40600 Ann Arbor Rd., E., Suite 201, Plymouth, MI  48170.

Dated: July 22, 2019

*/s/ Steve W. Berman*
Steve W. Berman
